**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven George Hurley            CHAPTER 13

                Debtor(s)

                                           BKY. NO. 24-10990 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of WELLS FARGO MASTER SERVICING and index same on the master mailing list.

                                                           Respectfully submitted,

                                                           /s/ *Michael Farrington*
                                                           Michael Farrington
                                                           10 Apr 2024, 13:14:17, EDT

                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106-1532
                                                           (215) 627-1322