# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Steven George Hurley** | : | Case No. 24-10990 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING BANKRUPTCY CASE

AND NOW this case having been filed on March 25, 2024;

AND the Debtor having failed to file the required schedules and statements, <u>see</u> doc. #9;

It is, hereby **ordered,** that the Debtor's bankruptcy case is **dismissed**.

*Patricia M. Mayer*

Date:  4/19/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Steven George Hurley
7 Madison Road
Willow Grove, PA 19090